# Order

Michigan Supreme Court
Lansing, Michigan

July 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158038(63)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STEPHANIE SHERMAN, KAYLA
ROLLEND, AMANDA ROLLEND,
by her Next Friend JACOB MARCINIAK,
and EMILY ROLLEND, by her Next
Friend JACOB MARCINIAK,
            Plaintiffs-Appellees,

v

SC: 158038
COA: 333514
Macomb CC: 2015-000040-NO

ISRAEL BROS, INC.,
            Defendant-Appellant.
_____/

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the motion for reconsideration is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



Clerk

d0624